DISTRICT OF OREGON
**F I L E D**
**August 07, 2025**
Clerk, U.S. Bankruptcy Court

Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: As set forth in Paragraph 1.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Ahmed Mohamed Abou-Jamous<br><br>　　　Debtor. | Case No. 25-31790-pcm7 |
| IGOR MASIC<br><br>MICO PETROVIC<br><br>VANESA PANCIC<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>AHMED MOHAMED ABOU-JAMOUS | Adversary Proceeding<br>No. 25-03052-pcm<br><br>**STIPULATED JUDGMENT OF NONDISCHARGEABILITY**<br><br>**WITH COVENANT NOT TO EXECUTE** |

  Ahmed Mohamed Abou Jamous ("Debtor") and Igor Masic, Mico Petrovic and Vanesa Pancic (collectively "PLAINTIFFS") (together, the "Parties") hereby stipulate as follows:

  WHEREAS, the Parties have entered into a Settlement Agreement describing the basis of Plaintiff's claim and without Defendant specifically admitting fault or liability on Plaintiff's Claim; and

Page 1 – STIPULATED JUDGMENT OF NONDISCHARGEABILITY
WITH COVENANT NOT TO EXECUTE

WHEREAS, the Parties desire to settle the matter without further litigation in this matter based on 11 U.S.C. § 523 and desire to settle under the terms as set forth in the Settlement Agreement.

IT IS HEREBY ORDERED AND ADJUDGED THAT PLAINTIFFS' HAVE A JUDGMENT AGAINST Ahmed Mohamed Abou-Jamous

1. Judgment is hereby entered in favor of the Plaintiffs against the Debtor, in the amount of $679,600 together with post-judgment interest at the rate of 9%. This award is nondischargeable in any bankruptcy case of Defendant pursuant to 11 U.S.C. § 523(a)(2).

2. No execution shall be issued in the Judgment for the period six (6) months after the entry of this judgment. This is the only condition for the execution of the Judgment, passage of 6 months.

### 

**PRESENTED BY**:

/ s/  Igor Masic         07/20/2025
/s/ Mico Petrovic        07/20/2025
/s/Vanesa Pancic         07/20/2025


**IT IS SO STIPULATED**:  07/25/25

/s/ Nick Henderson

------------------------------------------
**Nick Henderson** | Partner
6000 Meadows Road, Suite 450
Lake Oswego, Oregon 97035
Direct: 503-417-0508
nick@elevatelawpdx.com
www.elevatelawpdx.com

/s/ Ahmed Mohamed Abou-Jamous

Debtor

DATE: 07/25/2025